## CLERK'S MINUTES OF HEARING

HEARINGS BEFORE **RICHARD L. PUGLISI, USMJ**

TYPE OF HEARING **DETENTION/PRELIMINARY**

**DEFENDANTS:**

**C. L. BROWN**              CASE NO.  **05M580**

DATE & TIME:  **9/30/05 @ 9:30 a.m.**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**James Braun**   AUSA      **Charles Fisher, Esq.** Ret-CJA-AFPD

**WITNESS(ES):**

**S. Geurts** PTS/PROB    Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

**RLP 05-19**
1244 -            Ct - appearances
2692 -            Fisher- Ct - Deft
3312 -            Braun - Ct - Geurts
3149 - 3327       Ct - Braun - Fisher

**HEARING RESULTS/FINDINGS:**

[X]   Defendant waives Preliminary Hearing [ ] and right to Grand Jury Presentment; Court approves finding deft has full knowledge of meaning and affect

[ ]   Court approves Order Tolling Speedy Trial

[ ]   Defendant stipulates to detention at this time.

[ ]   Court finds probable cause and binds defts over for further proceedings before USDC.

[X]   **Court takes Judicial Notice of Pretrial Services Report**

[X]   Conditions of Release set at: **$25,000 Secured Bond w/standard conds & special conds: maintain employment; deft allowed to continue to handle short/long haul work (although would like deft to focus on short haul work) in his trucking business as approved by Pretrial providing an itinerary; he must make contact with Pretrial Services upon departures and arrivals for each destination; and other than through his employment deft's travel is restricted to county of residence.**

[ ]   Other